IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

G.D., D.D., E.P., J.O., and
S.K.,

        Plaintiffs,

v.                                                                       Case No. 06-2184-CM

MONARCH PLASTIC SURGERY, P.A., and
DANIEL BORTNICK, M.D.,

        Defendants.

_____

**ORDER GRANTING PLAINTIFFS' MOTION FOR STAY OF MAGISTRATE'S ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

        This matter comes before the court upon plaintiffs' unopposed Motion for Stay of Magistrate's Order on Plaintiff's Motion for Leave to Proceed Anonymously (Doc. 27). Specifically, plaintiffs seek a stay of the court's Order Denying Plaintiffs' Motion for Leave to Proceed Anonymously (Doc. 24) pending the outcome of plaintiffs' Appeal of Magistrate Judge's Decision (Doc. 28).

        Upon reviewing plaintiffs' motion, the court finds that good cause exists that it be granted. Accordingly,

        **IT IS THEREFORE ORDERED** that plaintiffs' Motion for Stay of Magistrate's Order on Plaintiffs' Motion for Leave to Proceed Anonymously is hereby (Doc. 27) is hereby granted. The court's Order Denying Motion for Leave to Proceed Anonymously (Doc. 24) is hereby stayed pending further order of this court.

        **IT IS SO ORDERED.**

Dated this 19th day of September, 2006, at Topeka, Kansas.

<u>s/ K. Gary Sebelius</u>
K. Gary Sebelius
U.S. Magistrate Judge
